Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Dees, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>E-Service, Inc.,<br><br>Defendant. | Case No. 2:19-cv-05210-DMF<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow ninety (90) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: October 31, 2019

                                                Respectfully submitted,

                                                <u>s/ Russell S. Thompson, IV</u>
                                                Russell S. Thompson, IV (029098)
                                                Thompson Consumer Law Group, PLLC
                                                5235 E. Southern Ave., D106-618
                                                Mesa, AZ 85206
                                                Telephone: (602) 388-8898
                                                Facsimile: (866) 317-2674
                                                rthompson@ThompsonConsumerLaw.com
                                                Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on October 31, 2019, I filed the foregoing document with the Court using CM/ECF. I further certify that on October 31, 2019, the foregoing document was served on Defendant through counsel via U.S. Mail, with courtesy copy delivered by email, as follows:

>Frederick C. Thomas
>Thomas Law
>14555 N. Scottsdale Rd., Ste. 320
>Scottsdale, AZ 85254
>f.thomas@thomaslawaz.com
>Attorney for Defendant

<u>s/Russell S. Thompson, IV</u>
Russell S. Thompson, IV